**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6971**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

GHULAM MOHAMMED NASIM,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CR-
88-378, CA-99-1961)

───────────

Submitted:  January 20, 2000        Decided:  January 28, 2000

───────────

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Ghulam Mohammed Nasim, Appellant Pro Se.  Jamie M. Bennett, Assis-
tant United States Attorney, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ghulam Mohammed Nasim seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Nasim, Nos. CR-88-378; CA-99-1961 (D. Md. July 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2